RECEIVED
NOV 28 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BERNAL AGUILAR,<br>Plaintiff | CIVIL ACTION NO. 1:14-CV-03476;<br>SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| LA DEPT. OF CORRECTIONS,<br>ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's Motion for Summary Judgment (Doc. 26) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 28th day of November 2016.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE