RECEIVED
SEP - 6 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BERNAL AGUILAR | CIVIL ACTION 1:14-CV-03476 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| LOUISIANA DEPARTMENT OF CORRECTIONS, *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Defendants' two partial motions for summary judgment (Docs. 44 and 46) are **GRANTED** and Aguilar's action against Dr. Smith, Sibley, and all remaining claims against Cain are **DENIED AND DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that Aguilar's action against the Louisiana Department of Corrections is **DENIED AND DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that Aguilar's remaining claims against Secretary LeBlanc (in his official capacity for injunctive and declaratory relief) are **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS ORDERED AND SIGNED** in Alexandria, Louisiana on this 6th day of September, 2017.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE